

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,955-01

## EX PARTE SAMUEL NINO JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. F42357-A
### IN THE 18ᵀᴴ DISTRICT COURT FROM JOHNSON COUNTY

*Per curiam*. YEARY, J., filed a dissenting opinion in which SLAUGHTER, J., joined.

### O P I N I O N

Applicant was convicted of four counts of online solicitation of a minor and sentenced to three years' imprisonment in count 1 and five years' imprisonment in each of the remaining counts. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant alleges, among other things, that his convictions are based on an unconstitutional statute.

This Court, in *Ex parte Lo*, held unconstitutional the online solicitation of a minor statute for which Applicant was convicted. *Ex parte Lo*, 424 S.W.3d 10 (Tex. Crim. App. 2013). Applicant filed this habeas application based on the *Lo* decision and asks that his convictions be set aside. The State

recommends that relief be granted in this cause.

Relief is granted based on Applicant's claim that he was convicted under authority of an unconstitutional statute. The judgments in Cause No. F42357 in the 18th District Court of Johnson County are set aside and the cause is remanded so the trial court can dismiss the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: November 18, 2020
Do not publish